UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARVIN DALE ROY** | **CIVIL ACTION NO. 2:07CV1895 SEC P** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WAYNE MILLER ET AL** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

On November 9, 2007, a complaint was filed by the plaintiff. On November 15, 2007, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on November 9, 2007, be, and hereby is, stricken from the record.

Signed at Lafayette, Louisiana, on January 25, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)